**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, ADAM HUBENIG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>vs<br><br>ADAM W. HUBENIG,<br><br>    Defendant-Appellant. | CASE NO. 1:10-cr-00303-AWI<br><br>STIPULATION TO MODIFY DUE DATE OF DEFENDANT-APPELLANT'S REPLY BRIEF;<br>ORDER THEREON |

The parties, by and through their respective counsel, hereby agree that the briefing schedule in this case be modified as follows: Defendant-Appellant's Reply Brief, presently due on October 19, 2010, shall be due on **October 26, 2010.**

                                                      Respectfully submitted,

Dated: October 15, 2010            /s/ Carol Ann Moses
                                           CAROL ANN MOSES
                                           Attorney for Defendant - Appellant
                                           ADAM W. HUBENIG

Dated: October 15, 2010           BENJAMIN B. WAGNER
                                           United States Attorney

                                            /s/ Laurel J. Montoya
                                           LAUREL J. MONTOYA
                                           Assistant U.S. Attorney

1 | ORDER

3 | Defendant - Appellant's Reply Brief shall be due on October 26, 2010.

4 | IT IS SO ORDERED.

Dated:   October 18, 2010

CHIEF UNITED STATES DISTRICT JUDGE