# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-0303 AWI |
| Plaintiff, | ) ) | ORDER CLOSING THE CASE DUE TO VOLUNTARY |
| v. | ) ) | DISMISSAL |
| ADAM W. HUBENIG, | ) ) | |
| Defendant. | ) ) | |

On October 26, 2010, Defendant Adam Hubenig moved to whdraw his appeal from the order denying his petition for writ of coram nobis. Accordingly, Defendant's motion is granted and the Clerk of the Court is ordered to close this appeal without prejudice.

IT IS SO ORDERED.

Dated:   November 2, 2010                                              _____
CHIEF UNITED STATES DISTRICT JUDGE